# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSIE L. SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT ATTORNEY OFFICE, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02996-APG-NJK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>(ECF No. 5) |

On January 16, 2018, Magistrate Judge Koppe entered a report and recommendation that I dismiss this case without prejudice because plaintiff Jessie Sims did not file an amended complaint by January 5 as ordered. ECF No. 5. Sims did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 5) is accepted**. Plaintiff Jessie Sims' complaint is DISMISSED without prejudice.

DATED this 2nd day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE